# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
2005 SEP 27 A 4:01
CLERK, U.S. DISTRICT COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

United States of America
vs.
Gavino Salas, Jr.

Case No. 1:05-CR-148 OWW

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Gavino Salas, Jr.___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the following conditions: The defendant shall participate in the following home confinement program components and abide by all the requirements of the program which will include passive GPS tracking [elec. monitoring] HOME DETENTION: You are restricted to your residence at all times except for employment; attorney visits; court appearances, and court-ordered obligations as approved in advance by the Pretrial Services Officer; and, the defendant shall be personally responsible for the cost of participation in the electronic monitoring program and pay the monthly fee as instructed by the Pretrial Services agency.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consnt to this modification of my release conditions and agree to abide by this modification.; education;

_____  9-14-05           _____  9-15-2005
Signature of Defendant   Date             Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                               9/26/05
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Barbara Hope O'Neill                                  9-20-2005
Signature of Defense Counsel                          Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ___Forthwith___.
[ ] The above modification of conditions of release is *not* ordered.

_____                               Sept 26, 2005
Signature of Judicial Officer                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services